IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Case No. 25-mc-00011 (ADC-GLS) |
| ) | |
| ANA IZQUIERDO, ) | |
| ) | |
| Respondent. ) | |

**SUBMISSION OF STATEMENT
OF TLS MANAGEMENT & MARKETING SERVICES LLC**

Respondent, by and through her undersigned counsel, respectfully submits to the Court the attached document, consisting of a letter from counsel for TLS Management & Marketing Services LLC ("TLS") with two exhibits: (1) a notice to TLS from the Internal Revenue Service ("IRS"), and (2) a declaration. The document address TLS's relationship with Respondent. Respondent respectfully contends that this submission supports her assertion on behalf of TLS of the attorney-client privilege and work-product privilege. Respondent further contends that the IRS notice supports her assertion of the Fifth Amendment privilege.

Date:  March 27, 2025.

                                       Respectfully submitted,

                                       **NEILL SCHWERIN BOXERMAN, P.C.**

                                       By:  */s/ Michelle F. Schwerin*
                                       Sanford J. Boxerman #34736MO
                                       Michelle Feit Schwerin #62882MO
                                       120 S. Central Avenue, Ste 725
                                       St. Louis, MO 63105

Telephone: (314) 949-1864
Facsimile: (314 949-1864
boxerman@nsbpc.com
schwerin@nsbpc.com

**MBA LAW**
By:  */s/ Mayte Bayolo-Alonso*
Mayte Bayolo-Alonso USDC No. 308109
PO Box 11204
San Juan, PR 00910
Telephone: (787)448-5544
maytebayololaw@gmail.com