IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

| United States of America, | ) | Case No. 25-mc-00011-ADC-GLS |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | |
| Ana Izquierdo, | ) | |
| Respondent. | ) | |
| United States of America, | ) | Case No. 25-mc-00012-GMM-GLS |
| Petitioner, | ) | |
| v. | ) | |
| Luis Martinez-Ebra, | ) | |
| Respondent. | ) | |
| United States of America, | ) | Case No. 25-mc-00013-MAJ-GLS |
| Petitioner, | ) | |
| v. | ) | |
| Yairanisse Rivera-Lopez, | ) | |
| Respondent. | ) | |

**United States' Motion to Schedule Hearing**

Government counsel is scheduled to start a temporary assignment to another Department of Justice office on May 19, 2025. Accordingly, the United States respectfully requests that the Court schedule a hearing in these matters prior to that date, at the Court's convenience.

Dated: April 30, 2025

/s/ Michael R. Pahl
MICHAEL R. PAHL
PR No. G04214
Trial Attorney, Tax Division
U.S. Department of Justice

P.O. Box 7238
Washington, D.C. 20044
P: (202) 598-5863
michael.r.pahl@usdoj.gov

Attorney for the United States

## Certificate of Service

    I hereby certify that on April 30, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to defense counsel.

                                              s/Michael R. Pahl
                                              Michael R. Pahl
                                              Attorney for the United States