IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ANA IZQUIERDO, )<br>)<br>Respondent. )<br>) | Case No. 25-mc-00011-GMM-GLS |
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>LUIS MARTINEZ-EBRA, )<br>)<br>Respondent. )<br>) | Case No. 25-mc-00012-GMM-GLS |
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>YAIRANISSE RIVERA-LOPEZ, )<br>)<br>Respondent. )<br>) | Case No. 25-mc-00013-GMM-GLS |

**Notice of Appearance**

PLEASE TAKE NOTICE that Beatriz T. Saiz will represent the Petitioner, United States of America, in the above-captioned cases, which have been consolidated before the Court under Case No. 25-mc-0011-GMM-GLS, and referred to Judge Lopez-Soler for Report and Recommendation subject to final determination by Judge Mendez-Miro.

Dated: March 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Beatriz T. Saiz*
BEATRIZ T. SAIZ
Trial Attorney
Tax Litigation Branch, Civil Division
U.S. Department of Justice
USDC-PR #G00302
P.O. Box 227
Washington, DC 20044
Telephone (202) 307-6585
Beatriz.T.Saiz@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those parties registered to receive it.

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ
Trial Attorney
Tax Litigation Branch, Civil Division
U.S. Department of Justice