IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br>v.<br>ANA IZQUIERDO,<br>Respondent. | Case No. 25-mc-00011-GMM-GLS |
| UNITED STATES OF AMERICA,<br>Petitioner,<br>v.<br>LUIS MARTINEZ-EBRA,<br>Respondent. | Case No. 25-mc-00012-GMM-GLS |
| UNITED STATES OF AMERICA,<br>Petitioner,<br>v.<br>YAIRANISSE RIVERA-LOPEZ,<br>Respondent. | Case No. 25-mc-00013-GMM-GLS |

**Notice of Appearance**

PLEASE TAKE NOTICE that Christopher Rajotte will represent, as co-counsel, the Petitioner, United States of America, in the above-captioned cases. These cases have been consolidated before the Court under Case No. 25-mc-0011-GMM-GLS, and referred to Judge Lopez-Soler for Report and Recommendation subject to final determination by Judge Mendez-Miro.

Dated: June 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Christopher Rajotte*
CHRISTOPHER RAJOTTE
Trial Attorney
Tax Litigation Branch, Civil Division
U.S. Department of Justice
USDC-PR #G04503
P.O. Box 7238
Washington, DC 20044
Telephone (202) 514-6491
christopher.rajotte@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those parties registered to receive it.

*/s/ Christopher Rajotte*
CHRISTOPHER RAJOTTE
Trial Attorney
Tax Litigation Branch, Civil Division
U.S. Department of Justice